FILED
2010 Sep-08 PM 02:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| DYNASSUS NUAL BUGGS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 7:10-CV-1131-TMP |
| JUDGE CHARLES MALONE, et al., | ) ) ) |
| Defendants. | ) ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 6, 2010, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on August 17, 2010.

In a lengthy document, the plaintiff raises objections to the report and recommendation as if his original complaint had included not only a claim for damages under 42 U.S.C. § 1983, but also a petition for writ of *habeas corpus*. The plaintiff filed this action complaining about various actions taken during his trial and pre-trial, against judges, his court-appointed attorney, and the prosecutor. Nowhere, however, does he name his "immediate custodian" as a respondent, as he must if he seeks *habeas corpus* relief. See Rumsfeld v Padilla, 542 U.S. 426, 124 S. Ct. 2711, 159 L. Ed. 2d 513 (2004). In any event, he cannot seek both damages and *habeas corpus* relief in the same action, and for this reason, the court has treated the complaint as asserting a claim for damages. The objections made by the plaintiff do not address the recommendation of the magistrate judge. Insofar as plaintiff

contends his treatment by the defendants has violated his rights under state law, the arguments should be made in state court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be DISMISSED pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 8th day of September, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE